IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
VANDERDONK, LLC,

                              Plaintiff,

        -against-

AVI MAHAJAN,

                              Defendant.
----------------------------------------------------------------X

Case No. 23-CV-07853

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

      Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff, Vanderdonk, LLC, by its undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice, while plaintiff reserves all its rights under or arising from the confidential settlement agreement dated September 10, 2023 between the parties.

Dated:  New York, New York
          September 12, 2023

                                          ROTTENBERG LIPMAN RICH, PC

                                          By: _____
                                                Harry W. Lipman
                                          The Helmsley Building
                                          230 Park Avenue, 18th Floor
                                          New York, New York 10169
                                          (212) 661-3080
                                          *Attorneys for Plaintiff, Vanderdonk, LLC*