**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/12/2023
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

VANDERDONK, LLC,

                                Plaintiff,

        -against-

AVI MAHAJAN,

                                Defendant.

---------------------------------------------------------------X

Case No. 23-CV-07853

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

      Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff, Vanderdonk, LLC, by its undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice, while plaintiff reserves all its rights under or arising from the confidential settlement agreement dated September 10, 2023 between the parties.

Dated: New York, New York
       September 12, 2023

ROTTENBERG LIPMAN RICH, PC

By: _____
     Harry W. Lipman
The Helmsley Building
230 Park Avenue, 18th Floor
New York, New York 10169
(212) 661-3080
*Attorneys for Plaintiff, Vanderdonk, LLC*

Application GRANTED.

SO ORDERED.

*[signature]*
09/12/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE